# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SAN MATEO
HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES WELFARE FUND; and PENSION
FUND; SHERRI CHIESA, TRUSTEE,

V.

LADY LUCK GOURMET LLC, a Limited
Liability Company, doing business
as GO BISTRO

SUMMONS IN A CIVIL CASE

CASE NUMBER:
CV 08   3023 MMC

TO: (Name and address of defendant)
Lady Luck Gourmet, LLC.
3569 Callan Blvd.
So. San Francisco, CA 94080

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 1 9 2008

Richard W. Wieking                                    DATE
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK