1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL - STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SAN MATEO )   No. C 08 3023 MMC
   HOTEL EMPLOYEES, et al.,           )
12                                    )
                Plaintiffs,           )
13                                    )
         vs.                          )   PROOF OF SERVICE
14                                    )
   LADY LUCK GOURMET LLC., a Limited  )
15 Liability Company, doing business  )
   as GO BISTRO                       )
16                                    )
                Defendants.           )
17 _____)

MICHAEL J. CARROLL, ESQ #50246
ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
220 MONTGOMERY ST., STE 303
SAN FRANCISCO CA 94104
415-392-5431            415-392-1978

# UNITED STATES DISTRICT COURT
# OF CALIFORNIA

| BOARD OF TRUSTEES OF THE SAN MATEO | CASE NUMBER: |
|---|---|
| Plaintiff(s): | C 08 3023 MMC |
| v. | |
| LADY LUCK GOURMET LLC DOING BUSINESS AS GO | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| Defendant(s): | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
      ☐ second amended complaint
      ☐ third amended complain

   ☒ other *(specify)*: SEE ATTACHMENT

2. **Person served:**
   a. ☒ Defendant *(name)*: LADY LUCK GOURMET LLC DOING BUSINESS AS GO BISTRO - MARINA GO, AGENT FOR SERVICE
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   LAZA NABAROTA, ASSISTANT
   c. ☒ Address where papers were served:
   150 VALDEFLORES DR. BURLINGAME, CA. 94010

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service**. By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ Papers were served on *(date)*: 6/30/2008 at *(time)*: 11:50AM

      4. ☒ by **mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☒ papers were mailed on (date):: 07/07/08

      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

PP#: 25063

CV-1 (04/01)         PROOF OF SERVICE -SUMMONS AND COMPLAINT         PAGE 1
                                                          TRUSTEES -V- LADY LUCK GOURMET

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*:_____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   JIM LARSEN  
   JIM STACK PROCESS SERVERS  
   P.O. BOX 716  
   MILLBRAE, CA 94030  
   650-589-6663  #21 SAN MATEO CO.

   a. Fee for service: $ 150.00  
   b. ☐ Not a registered California process server  
   c. ☐ Exempt from registration under B&P 22350(b)  
   d. ☒ Registered California process server  
   SAN MATEO CO #393

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/7/2008

*(Signature)* JIM LARSEN

PP#: 25063

CV-1 (04/01)  **PROOF OF SERVICE - SUMMONS AND COMPLAINT**  PAGE 2  
RD OF TRUSTEES -V- LADY LUCK GOURMET

ATTACHMENT

Re:   Board of Trustees of the San Mateo Hotel Employees, et al.
      vs. Lady Luck Gourmet LLC., LLC., etc.
      United States District Court, Action No. C 08 3023 MMC

DOCUMENTS TO BE SERVED:

1. SUMMONS
2. COMPLAINT
3. U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT
4. WELCOME TO THE U.S. DISTRICT COURT
5. PUBLIC NOTICE
6. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
7. CASE MANAGEMENT CONFERENCE ORDER
8. STANDING ORDER FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY
9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA/ CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
10. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION
11. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
12. WAIVER OF SERVICE OF SUMMONS
13. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
14. SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
15. JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
16. CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA
17. DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA