ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SAN MATEO EMPLOYEES, et al.**<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>**LADY LUCK GOURMET, LLC, a Limited Liability Company, doing business as GO BISTRO**<br><br>　　　　　　　Defendants. | NO. C 08 3023 MMC<br><br>MOTION FOR ENTRY OF DEFAULT |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendants, LADY LUCK GOURMET, LLC, a Limited Liability Company, doing business as GO BISTRO or failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: August 26, 2008                                ERSKINE & TULLEY


                                                      By:  /s/ Michael J. Carroll
                                                           MICHAEL J. CARROLL
                                                           Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**                      1