1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA 94104
Telephone: (415) 392-5431
4 | Facsimile: (415) 392-1978

5 | Attorneys for Plaintiffs

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.** )<br>)<br>)<br>)     **Plaintiffs,**   )<br>          vs.                 )<br>)<br>**LADY LUCK GOURMET LLC., a Limited Liability Company, doing business as GO BISTRO** )<br>)<br>)<br>          **Defendants.**    )<br>) | **NO. C 08 3023 MMC**<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

IT IS HEREBY NOTICED that the default of defendant, LADY LUCK GOURMET LLC., a Limited Liability Company, doing business as GO BISTRO, has been entered by the Clerk of the Court on _____.

Date:_____                    Richard W. Wieking, Clerk


                                        By: _____
                                              Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                1