**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 28, 2008

RE:  CV 08-03023 MMC        BOARD OF TRUSTEES-v- LADY LUCK GOURMET

Default is entered as to defendant Lady Luck Gourmet LLC a Limited Liability Company dba Go Bistro on 8/28/08. All parties notice via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by Alfred Amistoso  
Case Systems Administrator

NDC TR-4  Rev. 3/89