```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11 BOARD OF TRUSTEES OF THE SAN MATEO  )   NO.  C 08 3023 MMC
   HOTEL EMPLOYEES AND RESTAURANT      )
12 EMPLOYEES WELFARE FUND; and PENSION )   ORDER TO CONTINUE CASE
   FUND; SHERRI CHIESA, TRUSTEE,       )   MANAGEMENT CONFERENCE
13                                     )
                                       )
14                    Plaintiffs,      )
                                       )
15          vs.                        )
                                       )
16 LADY LUCK GOURMET LLC, a Limited    )
   Liability Company, doing business as)
17 GO BISTRO                           )
                    Defendant.         )
18 _____)
19        IT IS ORDERED that the Case Management Conference in this
20 case set for September 26, 2008 be continued to ~~December 19, 2008~~ January 16, 2009 at
21 10:30 a.m. in Courtroom 7, 19th Floor, San Francisco, CA.
    Further, any motion for default judgment shall be filed no later than December 19, 2008.
22
   Dated: September 19, 2008                    _____
23                                              Honorable Maxine M. Chesney
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE